UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE SEARCH OF 4825 CAROLINE AVE., INDIANAPOLIS, IN 46205 | Case No. 1:24-mj-00178-MJD |

**ORDER**

The United States of America, by counsel, moved the Court to withdraw document 4 which was filed with the Court on October 25, 2024 due to an electronic filing error. Being fully advised of the matter, the Court hereby GRANTS the motion and ORDERS document 4 WITHDRAWN.

SO ORDERED.

Date: 10/29/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF