UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE SEARCH OF 4825 CAROLINE AVE., INDIANAPOLIS, IN 46205 | Case No. 1:24-mj-00178-MJD |

## ORDER ON MOTION TO UNSEAL CAUSE OF ACTION

This matter is before the Court on the Motion of the United States requesting the Court to issue an Order to unseal this cause of action.

Having considered the Government's request, the Court hereby GRANTS this motion and ORDERS the case UNSEALED.

SO ORDERED.

Date: 10/29/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF